JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN RICHARD, | CASE NO. 2:25-cv-00227-RGK-AS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL OF COMPLAINT, WITHOUT PREJUDICE |
| v. | |
| DOLLAR TREE STORES, INC., and DOES 1 to 100, Inclusive, | [20] |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Rule 41(a)(1), the settlement reached by the parties, and the Stipulation for Dismissal, the Court hereby dismisses the Complaint, without prejudice. All dates on this Court's calendar are vacated.

IT IS SO ORDERED

DATED: 10/3/2025

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
U.S. DISTRICT JUDGE